# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Sean Lee Arnold**; DOB: 1972; U.S. Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**21-01731MJ** |

Complaint for violation of Title 21, United States Code, Section 841

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about August 31, 2021, at or near Tucson, in the District of Arizona, **Sean Lee Arnold**, did knowingly possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On August 31, 2021, agents executed a search warrant as an address that was identified by investigators as the residence of Sean Lee ARNOLD. During the search, agents located approximately 1.68 kilograms of suspected methamphetamine, approximately 161 grams of suspected marijuana, a J.C. Higgens .22 caliber rifle, a loaded Sig Sauer P365 9mm handgun, and a Walther P22 .22 caliber handgun. Agents conducted a field test and the suspected methamphetamine tested positive for the properties of methamphetamine.

Agents conducted an interview with ARNOLD after he was read and waived his constitutional rights. ARNOLD stated that an individual gave him the container that the methamphetamine was found in for safe keeping, and that he (ARNOLD) suspected that it contained illegal substances. ARNOLD stated that he receives 1-4 pounds of methamphetamine every few weeks and that he profits from their sale.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

REQUEST DETENTION

Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.

SMH/drh
AUTHORIZED AUSA *Sandra Hansen*

SANDRA HANSEN — Digitally signed by SANDRA HANSEN, Date: 2021.08.31 17:43:22 -07'00'

SIGNATURE OF COMPLAINANT
**JOSEPH J RAMOS** — Digitally signed by JOSEPH J RAMOS, Date: 2021.08.31 17:20:29 -07'00'

OFFICIAL TITLE
Special Agent
Homeland Security Investigations

Sworn to before me and subscribed in my presence.

SIGNATURE OF MAGISTRATE JUDGE[1]

DATE: September 1, 2021

[1] See Federal rules of Criminal Procedure Rules 3 and 54