GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
ASHLEY CULVER
Assistant U.S. Attorney
State Bar No. 028016
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: ashley.culver@usdoj.gov
Attorneys for Plaintiff

FILED
2021 SEP 29 PM 3: 25
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR21-02521 TUC-JAS(DTF)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

Sean Lee Arnold,

    Defendant.

**INDICTMENT**

Violations:
21 U.S.C. § 846
(Conspiracy to Possess with Intent to Distribute Methamphetamine)
Count 1

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii)
(Possession with Intent to Distribute Methamphetamine)
Count 2

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
(Possession of a Firearm and Ammunition by a Convicted Felon)
Count 3

18 U.S.C. § 924(d); 21 U.S.C. § 853; 28 U.S.C. § 2461(c)
(Forfeiture)

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

Beginning at a time unknown, to on or about August 31, 2021, in the District of Arizona, SEAN LEE ARNOLD, did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the grand jury, to possess with

intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846

## COUNT 2

On or about August 31, 2021, in the District of Arizona, SEAN LEE ARNOLD did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT 3

On or about August 31, 2021, in the District of Arizona, SEAN LEE ARNOLD, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms and ammunition, that is: one Marlin Firearms Company, J.C. Higgins, model 100, .22 caliber rifle; and one round of .38 ammunition with markings "P M C" and "38 SPL;" said firearm and ammunition not having been manufactured in Arizona and thus affecting interstate or foreign commerce in that they previously were transported into the state of Arizona from another state or foreign country; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses alleged in Counts 1 through 3 of this Indictment, defendant, SEAN LEE ARNOLD, shall forfeit to the United States pursuant to:

a) Title 21, United States Code, Section 853, all right, title, and interest in (1) any property, real or personal constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the said violations, and (2) any property

used, or intended to be used, in any manner or part, to commit, or to facilitate, the commission of the said violations.

b) Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense.

The property to be forfeited includes, but is not limited to: one Marlin Firearms Company, J.C. Higgins, model 100, .22 caliber rifle; one round of .38 ammunition with markings "P M C" and "38 SPL; and $3800 in U.S. currency.

If any of the forfeitable property, as a result of any act or omission of the defendant: (1) cannot be located upon the exercise of due diligence; (2) has been transferred or sold to, or deposited with, a third party; (3) has been placed beyond the jurisdiction of the court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including but not limited to all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2.(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/ S /

FOREPERSON OF THE GRAND JURY
Date: September 29, 2021

**REDACTED FOR PUBLIC DISCLOSURE**

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

/ S /
ASHLEY CULVER
Assistant U.S. Attorney